STEPHEN R. KOPOLOW, P.C.
Stephen R. Kopolow, Esq.
Nevada Bar Number 8533
8020 W. Sahara Ave.
Suite 225
Las Vegas, NV 89117
702-551-8600
skopolow@kopolowlaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS L. MURPHY III, Pro Se ) | |
| ) | |
| Plaintiff, ) | Case Number: 2:12-cv-01696-JCM-GWF |
| ) | |
| vs. ) | |
| ) | |
| KOPOLOW LAW OFFICE et. al., CACH, ) | |
| LLC a/k/a SQUARETWO FINANCIAL, et al. ) | STIPULATION AND ORDER OF |
| ) | DISMISSAL WITH PREJUDICE |
| Defendants. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by the Plaintiff, FRANCIS L. MURPHY, III, in proper person and the Defendants, CACH, LLC a/k/a SQUARETWOFINANCIAL et. al., being represented by Stephen R. Kopolow, Esq., of the law firm Stephen R. Kopolow, P.C. that the

///
///
///
///
///
///
///
///
///

above-entitled matter be dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED this 1st day of May, 2013.

STEPHEN R. KOPOLOW, P.C.

*/s/ Stephen R. Kopolow*

Stephen R. Kopolow, Esq.
Nevada Bar Number 8533
Stephen R. Kopolow, Esq.
Nevada Bar Number 8533
8020 W. Sahara Ave.
Suite 225
Las Vegas, NV 89117
702-551-8600
skopolow@kopolowlaw.com

FRANCIS L. MURPHY, III.

*/s/ Francis L. Murphy, III 4/25/13*

Francis L. Murphy, III
231 W. Horizon Ridge Pkwy #2627
Henderson, NV 89012
Plaintiff in Proper Person

IT IS SO ORDERED May 8, 2013.

*/s/ James C. Mahan*

UNITED STATES DISTRICT JUDGE

-2-