1  STEPHEN R. KOPOLOW, P.C.
   Stephen R. Kopolow, Esq.
   Nevada Bar Number 8533
2  8020 W. Sahara Ave.
   Suite 225
3  Las Vegas, NV 89117
   702-551-8600
4  skopolow@kopolowlaw.com

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8  FRANCIS L. MURPHY III, Pro Se    )
9                                    )
                                     )
10            Plaintiff,              ) Case Number: 2:12-cv-01696-JCM-GWF
                                     )
11     vs.                           )
                                     )
12 KOPOLOW LAW OFFICE et. al., CACH, )
   LLC a/k/a SQUARETWO FINANCIAL, et al. )
13                                   ) STIPULATION AND ORDER OF
14            Defendants.            ) DISMISSAL WITH PREJUDICE
                                     )
15

16     IT IS HEREBY STIPULATED by the Plaintiff, FRANCIS L. MURPHY, III, in proper

17 person and the Defendants, CACH, LLC a/k/a SQUARETWOFINANCIAL et. al., being

18 represented by Stephen R. Kopolow, Esq., of the law firm Stephen R. Kopolow, P.C. that the

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

-1-

1  above-entitled matter be dismissed with prejudice, each party to bear its own attorney's fees and
2  costs.
3
4  DATED this 1st day of May, 2013.
5
6  STEPHEN R. KOPOLOW, P.C.                    FRANCIS L. MURPHY, III.
7
8  /s/                                         /s/ 4/25/13
9  Stephen R. Kopolow, Esq.                    Francis L. Murphy, III
   Nevada Bar Number 8533                      231 W. Horizon Ridge Pkwy #2627
10 Stephen R. Kopolow, Esq.                    Henderson, NV 89012
   Nevada Bar Number 8533                      Plaintiff in Proper Person
11 8020 W. Sahara Ave.
   Suite 225
12 Las Vegas, NV 89117
   702-551-8600
13 skopolow@kopolowlaw.com

14
15
16                                             IT IS SO ORDERED May 8, 2013.
17
                                               /s/ James C. Mahan
18                                             UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28